IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM SMITH; aka BILL, | § | |
| | § | |
| Petitioners, | § | |
| VS. | § | CIVIL NO. 2:18-CV-253 |
| | § | |
| LORIE DAVIS, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 20; Petitioner's Response to the Motion, Dkt. No. 21; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 22; and Petitioner's Objections to the M&R, Dkt. No. 24.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 22. The Court therefore **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 20, and **DISMISSES** Petitioner's application for habeas corpus relief. Further, the Court **DENIES** Petitioner a Certificate of Appealability.

Final judgment will be entered separately.

SIGNED this 3rd day of October, 2019.

Hilda Tagle
Senior United States District Judge